O'PORTO HOLDING COMPANY, LTD., Respondent, v ESTATE OF ANGELA BOONE et al., Appellants. [888 NYS2d 406]—Order, Supreme Court, New York County (Edward H. Lehner, J.), entered on or about March 5, 2009, which, after a nonjury trial, found that plaintiff was entitled to a judgment of possession, unanimously affirmed, with costs.

There is no basis for disturbing the trial court's finding, based on its credibility determinations and the sparse documentary

evidence (*see 300 E. 34th St. Co. v Habeeb*, 248 AD2d 50, 54-55 [1997]), that defendants failed to meet their burden of proving that Angela Boone's apartment was her grandson Taylor's primary residence for the two years preceding her death (*see Gottlieb v Licursi*, 191 AD2d 256 [1993]).

We have considered defendants' remaining arguments and find them without merit. Concur—Mazzarelli, J.P., Nardelli, Catterson, DeGrasse and Roman, JJ.